Cody B. West
4316 Blushed Meadows Road
North Las Vegas, NV  89031
Telephone:  (702) 575-2532
Plaintiff in Proper Person

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CODY B. WEST | ) |
| Plaintiff | ) Case No.: 2:10-CV-01950-GMN-LRL |
| vs. | ) |
| BANK OF AMERICA HOME LOANS, | ) RESPONSE TO NOTICE OF REMOVAL OF ACTION BASED UPON DIVERSITY AND FEDERAL QUESTION |
| RECONTRUST COMPANY | ) |
| Defendants | ) (Formerly Case No. A-10-627154-C in the Eighth Judicial District Court, Clark County, Nevada) |

Cody B. West, Plaintiff, hereby presents his response to the Notice of Removal of Civil Action filed by Defendants, Bank of America Home Loans and Recontrust Company by and through their Attorneys Aaron M. Waite and Sarai L. Brown of The Cooper Castle Law Firm, LLP.

In the notice, Defendants state that BAC Home Loans Servicing, LP was improperly named, and now name BAC Homes Loans Servicing, LLP as a Defendant in this case.  Through a series of documents received from Defendant, Bank of America Home Loans as a subsidiary of Bank of America, N.A., provided documented proof that Bank of America Home Loans as stated is the owner of the alledged loan.

1

In response Item 6 to 10, Plaintiff agrees that Jurisdiction should be in Federal Court under 28 U.S.C. §1332.

In response to Item 4, regarding no Proof of Service. Defendants in their response sent a filed copy that only could have been obtained with Service. And in fact, we have documented proof that Service was completed on the Defendant and filed with the Court Clerk.

In response to Item 11, service was provided in the manner according to law in this matter.

Therefore Plaintiff will file concurrent with this response an Amended Complaint to name additional Defendants including MERS, Bank of America, N.A., Bank of America Home Loans, and Bank of America Homes Loans Servicing, L.P., and Recontrust Company.

Additionally, Plaintiffs Amended Complaint will show additional Cause of Action.

Dated this 19th day of November, 2010.

*Cody B. West*
Cody B. West
Plaintiff
In Proper Person

UNITED STATES DISTRICT COURT
For the District of Nevada

CODY B. WEST

       Plaintiff

vs.

BANK OF AMERICA HOME LOANS,

RECONTRUST COMPANY,

       Defendants

Case No.: 2:10-cv-01950-GMN-LRL

RESPONSE TO NOTICE OF REMOVAL OF ACTION BASED UPON DIVERSITY AND FEDERAL QUESTION

(formerly Case No. A-10-627154-C in the Eighth Judicial District Court, Clark County, Nevada)

## CERTIFICATE OF MAILING

I, Cody B. West, hereby certifies that a copy of the Response to Notice of Removal of Action Based upon Diversity and Federal Question filed on the 19 day of November, 2010, in the above-entitled case was mailed by me on November 19, 2010 by depositing copies thereof in a sealed envelope, first-class postage prepaid, in the United States mail, to

    Aaron M. Waite, Esq.
    The Cooper Castle Law Firm, LLP
    5275 South Durango Drive
    Las Vegas, NV  89113
    Attorney for Defendants

    Sarai L. Brown, Esq.
    The Cooper Castle Law Firm, LLP
    5275 South Durango Drive
    Las Vegas, NV 89113
    Attorney for Defendants

    Bank of America Home Loans
    1757 Tapo Canyon Road
    Simi Valley, CA  93063

```
         Recontrust Company
         2380 Performance Drive
         Building C
         Mail Stop TX2-984-04-07
         Richardson, TX   75082


Dated:   November 19, 2010

                              _____
                              Cody B. West
                              Plaintiff
                              In Proper Person
```