ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: christine.parvan@akerman.com

*Attorneys for Defendants*
*BAC Home Loans Servicing, LP,*
*and ReconTrust Company, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CODY B. WEST,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA HOME LOANS, BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP, RECONTRUST COMPANY, and MERS (MORTGAGE ELECTRONIC REGISTRATION SYSTEMS),<br><br>　　　　Defendants. | Case No.: 2:10-cv-01950-GMN-LRL<br><br>**NOTICE OF NO OPPOSITION FILED TO MOTION TO CONSOLIDATE CASES AND REQUEST FOR EXPEDITED RELIEF ON ORDER SHORTENING TIME [DKT. 10]** |

Defendants BAC Home Loans Servicing, LP (improperly sued as "Bank of America Home Loans") ("BAC") and ReconTrust Company, N.A. ("ReconTrust") (collectively "Moving Defendants"), hereby provide notice to the Court and all interested parties of Cody B. West's ("Plaintiff") failure to file a response in opposition to Motion to Consolidate Cases and Request for Expedited Relief on Order Shortening Time (the "Motion") [Dkt. 10].

Defendant filed the Motion on November 24, 2010, to which a response was due for filing and service no later than December 11, 2010. As of this date, Plaintiff has yet to file a response to the Motion.

In light of no response to the Motion being filed, and in the interest of judicial economy, Defendant requests that this Honorable Court summarily grant the Motion pursuant to LR 7-2(d). A

1  party's failure to timely file an opposition constitutes consent to the granting of a motion.  *See* LR 7-
2  2(d).

3        In accordance with LR 7-2(d), Plaintiffs' failure to oppose Defendant's Motion constitutes
4  consent to the granting of the Motion.  Defendant therefore requests the Court immediately enter an
5  order consolidating cases.

6        Dated this 15th day of December, 2010.

**AKERMAN SENTERFITT LLP**

 /s/ Ariel E. Stern
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*BAC Home Loans Servicing, LP and*
*ReconTrust Company, N.A.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 15th day of December, 2010 and pursuant to Fed. R. Civ. P. 5(b), I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF NO OPPOSITION FILED TO MOTION TO CONSOLIDATE CASES AND REQUEST FOR EXPEDITED RELIEF ON ORDER SHORTENING TIME [DKT. 10],** postage prepaid (if necessary) to all parties listed on the U.S. District Court's CM/ECF system.

CODY B. WEST
4316 Blushed Meadows Road
North Las Vegas, Nevada  89031

*Pro Se Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Stacy Warner
　　　　　　　　　　　　　　　　　　　　　　　　An employee of AKERMAN SENTERFITT LLP

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{LV015627;1}

3