ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
ariel.stern@akerman.com
christine.parvan@akerman.com

*Attorneys for Defendants*
*BAC Home Loans Servicing, LP, and*
*ReconTrust Company, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CODY B. WEST, | Case No.: 2:10-cv-01950-GMN-LRL |
| Plaintiff, | **SUBSTITUTION OF COUNSEL** |
| vs. | |
| BANK OF AMERICA HOME LOANS, RECONTRUST COMPANY, | |
| Defendants. | |

Defendants BAC Home Loans Servicing, LP, improperly named as Bank of America Home Loans, and ReconTrust Company, N.A., improperly named as ReconTrust Company, consent to the substitution of the law firm of AKERMAN SENTERFITT LLP in place and stead of the law firm of THE COOPER CASTLE LAW FIRM, LLP.

DATED this 23rd day of November, 2010.

BAC HOME LOANS SERVICING, LP

By: _____

Its: _Associate General Counsel_

RECONTRUST COMPANY, N.A.

By: _____

Its: _Associate General Counsel_

{LV012839;1}

1

AARON M. WAITE, ESQ., and SARAI L. BROWN, ESQ., of the law firm of THE COOPER CASTLE LAW FIRM, LLP, consent to the substitution of ARIEL E. STERN, ESQ., and CHRISTINE M. PARVAN, ESQ., of the law firm of AKERMAN SENTERFITT LLP in their place and stead on behalf of Defendants BAC Home Loans Servicing, LP, improperly named as Bank of America Home Loans, and ReconTrust Company, N.A., improperly named as ReconTrust Company, in the above-entitled matter.

DATED this 23rd day of November, 2010.

THE COOPER CASTLE LAW FIRM LLP

/s/ Sarai L. Brown
AARON M. WAITE, ESQ.
Nevada Bar No. 7947
SARAI L. BROWN, ESQ.
Nevada Bar No. 11067
5275 South Durango Drive
Las Vegas, Nevada 89113

ARIEL E. STERN, ESQ., and CHRISTINE M. PARVAN, ESQ., of the law firm of AKERMAN SENTERFITT LLP hereby consent to their substitution as counsel for Defendants BAC Home Loans Servicing, LP, improperly named as Bank of America Home Loans, and ReconTrust Company, N.A., improperly named as ReconTrust Company, in the place and stead of AARON M. WAITE, ESQ., and SARAI L. BROWN, ESQ., of the law firm of THE COOPER CASTLE LAW FIRM, LLP.

DATED this 23rd day of November, 2010.

AKERMAN SENTERFITT LLP

/s/ Christine M. Parvan
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

/ / /

/ / /

/ / /

{LV012839;1}

2

Please check one: __XX__ RETAINED or ___ APPOINTED BY THE COURT.

APPROVED this 15th day of December, 2010.

_____

Gloria M. Navarro
United States District Judge

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{LV012839;1}

3