Cody B. West
4316 Blushing Meadows Road
North Las Vegas, NV 89031
Telephone (702 ) 575-2532
Plaintiff in Proper Person

2011 JAN 24  A 10: 05

UNITED STATES DISTRICT COURT
District of Nevada

| | |
|---|---|
| CODY B. WEST | ) |
| | ) |
| PLAINTIFF | ) Case No.: 2:10-cv-01950-GMN - LRL |
| | ) |
| vs. | ) |
| | ) OPPOSITION TO MOTION TO STRIKE |
| BANK OF AMERICA, N.A. and | ) PLAINTIFFS' OPPOSITION TO |
| | ) DEFENDANTS' REPLY IN SUPPORT OF |
| BANK OF AMERICA HOME LOANS and | ) MOTION TO DISMISS AMENDED |
| | ) COMPLAINT |
| BAC HOME LOANS SERVICING LP and | ) |
| | ) |
| RECONTRUST COMPANY and | ) |
| | ) |
| MERS - Mortgage Electronic Registration | ) |
| | ) |
| Services | ) |
| | ) |
| DEFENDANTS | ) |
| | ) |

Cody B. West, Plaintiff, in proper person, submits his Opposition To Motion To Strike

Plaintiffs' Opposition To Defendants' Reply In Support Of Motion To Dismiss Amended

Complaint filed by the Defendants wherein they erroneously refer to the Opposition as

supplemental.  This is incorrect and yet another attempt by Defendants counsel to continue its

bantering of the Plaintiff in this case.

Memorandum of Points and Authorities

Background

Defendants filed their Motion to Dismiss Plaintiff's Amended Complaint on December 3,

2010. On December 13, 2010, Plaintiff filed his Opposition which included a MOTION TO

1

DISMISS Defendants Motion to Dismiss [dkt. 14].  Defendants filed a Reply in Support of their Motion to Dismiss on December 30, 2011 including their reply to the Plaintiff's Motion to Dismiss.  On January 11, 2011, Plaintiff filed his response to the Reply to support his Motion to Dismiss as allowed by Federal Rules of Civil Procedure 7 [dkt. 20].

The Court Should Deny Defendants Motion to Strike

Defendants cite LR 7-2 as the basis for their Motion to Strike.  As the Opposition they refer to includes a MOTION TO DISMISS the Defendants Motion, their claim is not valid and violates the very rules they cite.  It is apparent that Defendants did not read the Opposition and Request for Dismissal filed with this court on January 11, 2011.  The Opposition to Defendants Reply is not a Supplemental Opposition as it is in response to the Motion brought forth in the Opposition to which Defendants replied.  Are they now admitting that they did not reply to the Motion contained in this document?  If so Defendants themselves are in violation of LR 7-2, the local rules they cite.  Their Reply contained the same headings and therefore Plaintiff replied as allowed under LR 7-2.  The filings were timely given that a Holiday was involved in the response time as allowed for under Fed R Civ Proc Rule 6.  Therefore Plaintiff's Opposition to Defendants Reply of Motion to Dismiss Amended Complaint and Request for Dismissal of Defendants Motion to Dismiss Amended Complaint filed on January 11, 2011 is proper and the Court should give full consideration to the same.

Conclusion

As evidenced Defendants have no standing with this court as a point of law and should not be allowed by the lack of standing to make Motions of any kind to the court.   Therefore Plaintiff asks the Court to deny Defendants' Motion to Strike.

Dated this 2 4 day of January, 2011.

Cody B. West
Plaintiff
In Proper Person

2

CERTIFICATE OF MAILING

I, Cody B. West, hereby certifies that a copy of the Opposition to Motion to Strike Plaintiffs' Opposition to Defendants Reply In Support of Motion to Dismiss Amended Complaint filed on the 24 day of January, 2011, in the above-entitled case was mailed by me on January 24, 2011 by depositing copies thereof in a sealed envelope, first-class postage prepaid, in the United States mail, to

Ariel E. Stern, Esq.                    Christine M. Parvan, Esq.
Akerman Senterfitt LLP                  Akerman Senterfill LLP
400 South Fourth Street, Suite 450      400 South Fourth Street, Suite 450
Las Vegas, NV  89101                    Las Vegas, NV 89109

Bank of America, N.A.
Brian Maynihan, President, CEO
100 N. Tyron St.
Charlotte, NC  28263

Bank of America Home Loans
Barbara J. Desoer, President
333 So. Hope
Los Angeles, CA  90072-1406

BAC Home Loans Servicing, LP
400 National Way
Simi Valley, CA  93065-6285

Recontrust Company
2380 Performance Drive
Building C
Mail Stop TX2-984-04-07
Richardson, TX  75082

MERS - Mortgage Electronic Registration Systems
RK Arnold, President CEO
1818 Library Street, Suite 300
Reston, VA  20190

Dated:  January 24, 2011

_Cody B. West_
Cody B. West
Plaintiff
In Proper Person

3