# Exhibit "A"

# Exhibit "A"

(4-1)

RECORDING REQUESTED BY:
**RECONTRUST COMPANY**
AND WHEN RECORDED MAIL TO:
**South Shore Land Aquisitions, LLC**
**900 S Las Vegas Blvd. #1101**

**LAS VEGAS, NV 89104**

Forward Tax Statements to Address listed above
TS No.  10-0061020
Title Order No.  4453667

Inst #: 201108040002564
Fees: $16.00 N/C Fee: $0.00
RPTT: $402.90 Ex: #
08/04/2011 01:38:14 PM
Receipt #: 868931
Requestor:
SOUTH SHORE LAND
AQUISITION
Recorded By: BRT   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

## TRUSTEE'S DEED UPON SALE NEVADA

APN#     124-31-210-062

The amount of the unpaid debt was $ 253,469.21
The amount paid by the Grantee was $ 78,700.00
The property is in the city of NORTH LAS VEGAS, County of CLARK
The documentary transfer tax is $  402.90  . The Grantee herein was not the beneficiary.
 RECONTRUST COMPANY, N.A., as the duly appointed Trustee, under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without covenant or warranty to:   SOUTH SHORE LAND ACQUISITIONS, LLC  herein called Grantee, the following described real property situated in CLARK County, Nevada:
SEE ATTACHED LEGAL DESCRIPTION
This conveyance is made pursuant to the powers conferred upon Trustee by the Deed of Trust executed by CODY B WEST, AN UNMARRIED MAN, as Trustor, recorded on 02/14/2006, Instrument Number 0003070 (or Book 20060214, Page ) Official Records in the Office of the County Recorder of CLARK County.   All requirements of law regarding the recording and mailing of copies of the Notice of Default and Election to Sell, and the mailing, posting, and publication of the Notice of Trustee's Sale have been complied with.  Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 07/20/2011. Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $ 78,700.00.

DATED: August 03, 2011

RECONTRUST COMPANY, N.A., Successor Trustee

BY: /s/ Helen   8-3-11
Helen Hendriksen, Authorized Signer

State of: Texas )
County of: Tarrant )

On Helen Hendriksen before me R. Robinson, personally appeared
Helen Hendriksen Auth. Sign., know to me (or proved to me on the oath of ———— or through _____ ) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed. Witness my hand and official seal.

_____
Notary Public's Signature

R. ROBINSON
MY COMMISSION EXPIRES
November 17, 2012

# EXHIBIT "A"

THE LAND REFERRED TO IN THIS GUARANTEE IS SITUATED IN THE **STATE OF NEVADA, COUNTY OF CLARK, CITY OF NORTH LAS VEGAS**, AND IS DESCRIBED AS FOLLOWS:

LOT FIFTY-THREE (53) IN BLOCK THREE (3) OF PIPERS GLEN - UNIT 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 56 OF PLATS, PAGE 44, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND AMENDED BY CERTIFICATES OF AMENDMENT RECORDED JULY 29, 1994 IN BOOK 940729 AS DOCUMENT NO. 01429 AND FEBRUARY 22, 1996 IN BOOK 960222 AS DOCUMENT NO. 01177.

124-31-210-062

STATE OF NEVADA
DECLARATION OF VALUE FORM

1. Assessor Parcel Number(s)
   a. 124-31-210-062
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. [ ] Vacant Land     b. [✓] Single Fam. Res.
   c. [ ] Condo/Twnhse    d. [ ] 2-4 Plex
   e. [ ] Apt. Bldg       f. [ ] Comm'l/Ind'l
   g. [ ] Agricultural    h. [ ] Mobile Home
   [ ] Other _____

   FOR RECORDER'S OPTIONAL USE ONLY
   Book: _____ Page: _____
   Date of Recording: _____
   Notes:

3. a. Total Value/Sales Price of Property          $ 78,700.00
   b. Deed in Lieu of Foreclosure Only (value of property)  ( )
   c. Transfer Tax Value:                          $ ~~FMV~~ 78,700.00
   d. Real Property Transfer Tax Due               $ 402.90

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section _____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _[signed]_____   Capacity  GRANTOR

Signature _____   Capacity  GRANTEE

| SELLER (GRANTOR) INFORMATION (REQUIRED) | BUYER (GRANTEE) INFORMATION (REQUIRED) |
|---|---|
| Print Name: RECONTRUST COMPANY | Print Name: S. Shore Land Aquisitions, LLC |
| Address: 400 NATIONAL WAY | Address: 900 S Las Vegas Blvd. #1101 |
| City: SIMI VALLEY | City: LAS VEGAS |
| State: CALIFORNIA  Zip: 93065 | State: NV  Zip: 89104 |

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**
Print Name: _____   Escrow #: _____
Address: _____
City: _____   State: _____ Zip: _____

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

CCOR_DV_Form.pdf ~ 01/12/09