Shadd A. Wade, Esq.
Nevada State Bar No. 11310
THE COOPER CASTLE LAW FIRM, LLP
5275 S. Durango Drive
Las Vegas, Nevada  89113
Telephone (702) 435-4175
Facsimile: (702) 877-7424
swade@ccfirm.com
Attorney for Defendant
South Shore Land Acquisitions, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CODY B. WEST, ) | |
| ) | Case No.: 2:10-cv-01950-GMN-LRL |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| BANK OF AMERICA, N.A.; RECONTRUST ) | |
| COMPANY, N.A.; BAC HOME LOANS ) | |
| SERVICING, LP; ASPEN MORTGAGE, ) | |
| LLC; SOUTH SHORE LAND ) | |
| ACQUISITIONS, LLC; MORTGAGE ) | |
| ELECTRONIC REGISTRATION SYSTEMS. ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE AS TO INTERESTED PARTIES REQUIRED
BY LOCAL RULE 10-6 AND FRCP 7.1**

Defendant SOUTH SHORE LAND ACQUISITIONS, LLC ("SSLA"), by and through its counsel SHADD A. WADE, ESQ. of THE COOPER CASTLE LAW FIRM, LLP, hereby certifies, pursuant  to Local Rule 10-6 and Federal Rule Civil Procedure 7.1, that there are no known interested parties or corporations related to Defendant other than those participating in this case.

- 1 -

These Representations are made to enable Judges of the Court to evaluate possible disqualifications or recusal.

DATED this _____ day of September, 2011.

          THE COOPER CASTLE LAW FIRM, LLP

          */s/ Shadd A.. Wade, Esq.*
          Shadd A. Wade, Esq.
          Nevada State Bar No. 11310
          5275 S. Durango Drive
          Las Vegas, Nevada  89113
          Telephone (702) 435-4175
          Facsimile: (702) 877-7424