Cody B. West, Plaintiff *pro se*
4316 Blushed Meadows Road
North Las Vegas, NV 89031
Telephone (702) 575-2532

2011 SEP 28  P 12: 37

## UNITED STATES DISTRICT COURT
### District of Nevada

| | |
|---|---|
| CODY B. WEST,<br>　　　　　　　　Plaintiff,<br>v.<br>BANK OF AMERICA, N.A., *et al.*,<br>　　　　　　　　Defendants. | Case No.:2:10-cv-01950-GMN-LRL<br><br>PLAINTIFFS' REQUEST TO EXTEND TIME FOR RESPONSE - FRCP 6(b)(1)(A)<br><br>**AND ORDER** |

　　I recently received Defendants' "JOINDER TO MOTION TO DISMISS" shown as #39 on the docket.  I request the court extend my time to file and serve my Response or other appropriate Rule 12 motion(s) to Defendants' Motion.  This extension is needed to allow those Defendants to update their motion according to my Opposition shown as #42 on the docket, and to give me the time I need to research and draft the appropriate response or other appropriate Rule 12 motion(s).

　　I do not make this Request for any improper purpose, such as needless delay.  I do not see how any prejudice to the opposing parties or their attorneys could result from this Request being allowed.  Because I am not an attorney, because I work full time, and because I do not have either the Defendants' deep pockets nor access to anything similar to the services and resources of their law firms, I just do the best I can with what I have to work with.

### RELIEF REQUESTED

　　This court's allowance of my late filing of my response or Rule 12 motion(s) to Defendants' new Motion identified above.


Page 1 - PLAINTIFF'S REQUEST TO EXTEND TIME FOR RESPONSE

      If I hear nothing contrary from this court on this matter, I will assume the way is clear and I will so file and serve my response or other appropriate Rule 12 motion(s) no later than Wednesday, October 12th.

      I expressly reserve the right to amend or supplement this Request if I believe it is needed. I also reserve my right to have the court construe this Request according to FRCP 1 and 8(e) and all other applicable law, including Constitutionally-adequate notice.

      *Submitted with all rights reserved on September    , 2011*

      Cody B. West, Plaintiff *pro se*

### CERTIFICATE OF SERVICE

I certify that on this date I did serve a true copy of this Request on all Defendants' attorney's of record by mail.

      *Submitted with all rights reserved on September    , 2011*

      Cody B. West, Plaintiff *pro se*

### ORDER

**IT IS SO ORDERED** this 29th day of September, 2011.

_____
Gloria M. Navarro
United States District Judge

Page 2 - PLAINTIFF'S REQUEST TO EXTEND TIME FOR RESPONSE