Cody B. West, Plaintiff *pro se*
4316 Blushed Meadows Road
North Las Vegas, NV 89031
Telephone (702) 575-2532



## UNITED STATES DISTRICT COURT
### District of Nevada

| | |
|---|---|
| CODY B. WEST,<br><br>                               Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., *et al.*,<br><br>                              Defendants. | Case No. :2:10-cv-01950-GMN-CWH<br><br>PLAINTIFFS' MOTION TO EXTEND TIME - FRCP 6(b)(1)<br><br>## AND ORDER |

I recently received my service copy of "Defendants Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP (as named, and also improperly named as BAC Home Loans Servicing, LP) (BANA), ReconTrust Company, N.A. (ReconTrust) and Mortgage Electronic Registration Systems (MERS, and together with BANA and MERS, BOA Defendants)" "OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION" shown as #51 on the docket. In the note on that Docket even the court said "Replies due by 11/13/2011." I move the court extend my time to file and serve my Reply an additional ten days to 11/23/11.

This extension is needed to give me the time I need to research, draft, file and serve the appropriate reply. I do not make this Motion for any improper purpose, such as needless delay. I do not see how any prejudice to the opposing parties or their attorneys could result from this Motion being allowed. Because I am not an attorney, because I work full time as an auto body technician, and because I do not have either the Defendants' deep pockets nor access to anything similar to the services and resources of their law firms, I just do the best I can with what I have to work with. And I cannot complete my Reply by November 13th.

Page 1 - PLAINTIFF'S MOTION TO EXTEND TIME

## RELIEF REQUESTED

This court's order allowing me to file and serve my Reply to Defendants' Opposition no later than 11/23/11.

If I receive nothing contrary from this court on this matter, I will assume the way is clear and I will so file and serve my Reply.

I expressly reserve the right to amend or supplement this Motion if I believe it is needed.  I also reserve my right to have the court construe this Motion according to FRCP 1 and 8(e) and all other applicable law, including Constitutionally-adequate notice.


*Submitted with all rights reserved on November 14, 2011*

Cody B. West, Plaintiff *pro se*


## ORDER

**IT IS SO ORDERED** this 14th day of November, 2011.

Gloria M. Navarro
United States District Judge


**Page 2 - PLAINTIFF'S MOTION TO EXTEND TIME**