UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CODY B. WEST,              )<br>                                             )<br>         Plaintiff,              )<br>    v.                                   )<br>                                             )<br>BANK OF AMERICA, N.A.; RECONTRUST )<br>COMPANY, N.A.; BAC HOME LOANS   )<br>SERVICING, LP; ASPEN MORTGAGE, )<br>LLC; SOUTH SHORE LAND             )<br>ACQUISITIONS, LLC; MORTGAGE     )<br>ELECTRONIC REGISTRATION SYSTEMS. )<br>INC.,                                    )<br>                                             )<br>         Defendants.          )<br>                                             )<br>                                             )<br>_____ ) | Case No.: 2:10-cv-01950-GMN-LRL<br><br>ORDER FOR EXPUNGEMENT OF<br>NOTICES OF PENDENCY OF ACTION |

On October 13, 2010, in connection with the instant lawsuit, Plaintiff Cody B. West recorded a Notice of Pendency of Action in the official records of Clark County as Instrument No. 20101013-0001026.

On September 2, 2011, in connection with the instant lawsuit, Plaintiff Cody B. West recorded another Notice of Pendency of Action in the official records of Clark County as Instrument No. 20110902-0001386.

The lawsuit was dismissed in its entirety with leave to amend certain causes of action by September 21, 2011.  Plaintiff West failed to amend, and thus the Complaint has been dismissed with prejudice in its entirety.

Plaintiff West, without leave to amend, filed a new Amended Complaint which failed to state any claims upon which relief can be granted, and thus the improperly filed Amended Complaint was dismissed with prejudice.

There being no causes of action remaining in this action, the Court finds that the existence of numerous recorded Notices of Pendency of Action is improperly clouding title to the property.

**IT IS HEREBY ORDERED** that said Notices of Pendency of Action be expunged, cancelled and removed from the official records of Clark County.

**DATED** this 16th day of December, 2011.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted by:

*/s/ Shadd A. Wade*
Shadd A. Wade, Esq.
Nevada State Bar No. 11310
THE COOPER CASTLE LAW FIRM, LLP
5275 S. Durango Drive
Las Vegas, Nevada  89113
Telephone (702) 435-4175
Facsimile: (702) 877-7424
swade@ccfirm.com
Attorney for Defendant
South Shore Land Acquisitions, LLC